IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LAURA BRUBAKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CASE NO. _____ |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| **THE FRICKS COMPANY, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE:

Plaintiff Laura Brubaker ("Brubaker" or "Plaintiff") complains of Defendant The Fricks Company, Inc. ("Defendant" or "Fricks"), as follows:

### I. Introduction

This is an action for monetary damages, pursuant to Title VII of the Civil Rights Act of 1964 as.amended, 42 U.S.C. §§ 2000e, et seq. (hereinafter "Title VII"), the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, et. seq. (hereinafter the "ADEA") and the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et. seq. (hereinafter the "ADA") to redress Defendant's unlawful employment practices against Plaintiff including Defendant's unlawful discrimination against Plaintiff because of her national origin, gender, age and disability respectively.

## II. The Parties

1. Plaintiff is an individual residing in Tarrant County, Texas.

2. Defendant The Fricks Company, Inc. is a Texas corporation with its corporate headquarters and principal place of business in Fort Worth, Texas. Defendant may be served process through its registered agent, Stephen X. Westerman, 226 Bailey Ave Ste 100 Fort Worth, TX 76107

## III. Jurisdiction and Venue

3. This Court has jurisdiction over Plaintiff's Title VII and ADA claims herein pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves federal questions regarding deprivation of Plaintiffs civil rights under Title VII, the ADA and the ADEA. This Court has subject matter jurisdiction over this action under 42 U.S.C. 2000e *et seq.* and because the amount in controversy is within the Court's jurisdictional limits.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 139l(b) because a substantial part of the events or omissions giving rise to this action, including Defendant's unlawful employment practices alleged herein, occurred in this District.

## IV. Facts

5. Defendant Fricks is a manufacturer and distributor of concrete floors and related materials based in Fort Worth, Texas

6. Plaintiff is a 48 year old female and Hispanic.

7. Plaintiff began her employment with Defendant on March 19, 2001, as an accounting clerk on a temporary basis in Accounts Payable. In October, 2010, Ms. Brubaker was

promoted to a Purchasing Agent position.

8. Ms. Brubaker consistently performed her duties as Purchasing Agent from October 2010 until her termination with an unblemished performance record.

9. Defendant's owners often made racist, sexist and other derogatory comments about the workforce. Among many examples, the owners regularly referred to Hispanics in the field as "beaners" and women staff members as "fat asses" and "b#tches". Being Hispanic and a woman, these comments offended Ms. Brubaker but she liked her job and was generally treated well there until the last few years of her employment.

10. In both 2019 and 2020, Ms. Brubaker sought to be promoted to a "Project Manager." She was consistently told by Defendant's owners that the position was not being filled yet two males were subsequently promoted to Project Managers over Plaintiff.

11. In or about March of 2020, Plaintiff began having health issues including high blood pressure and anxiety. As Plaintiff prided herself on always giving 110% she alerted management about her health issues and doctor visits and asked that they be patient until her health recovered. While initially sympathetic, Defendant's attitude towards Plaintiff changed following her disclosure. Defendant's owners stopped including Plaintiff in production meetings that had very much to do with her job and stopped attending weekly meetings with Plaintiff where which were critical to Plaintiff performing her job.

12. Plaintiff was terminated on February 4, 2021 - six weeks before her 20 year anniversary with Fricks. Defendant's owners provided no reason for terminating

**PLAINTIFF'S ORIGINAL COMPLAINT - PAGE - 3**

Plaintiff and simply chuckled and slid a one month severance package across the table to Plaintiff. Plaintiff was ultimately replaced by a younger, white male. This was consistent with Defendant's repeated references to having "fresh faces" in the office and seeking younger, white employees.

13. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on September 27, 2021 and thereafter amended her charge on April 15, 2022. The EEOC thereafter issued a right to sue on May 24, 2022. This action is filed within 90 days of Plaintiff's receipt of the right to sue.

## V. Causes of Action

### COUNT I - DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT
### (National Origin, Gender)

14. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-13 above.

15. Plaintiff is an employee within the meaning of Title VII, 42 U.S.C. 2000e(f).

16. Defendant is an employer within the meaning of Title VII, 42 U.S.C. 2000e(b).

17. All conditions precedent to filing this action for national origin and gender discrimination under Title VII have been met. Plaintiff timely filed with the the Equal Employment Opportunity Commission ("EEOC") a Charge of Discrimination against Defendant on September 27 2021. Plaintiff received a Notice of Right to Sue from the EEOC on May 24, 2022 - which is within 90 days of the filing of this Complaint.

18. Defendant has violated Title VII, 42 U.S.C. 2000e *et seq.,* in connection with

compensation, terms, conditions or privileges of employment because of Plaintiff's national origin - Hispanic and gender - female in terminating Plaintiff.

19. As a result of Defendant's unlawful employment practices, Plaintiff has suffered damages including back pay, front pay, past and future pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses, and seeks to recover for those sums. Defendant's action was intentional, willful and malicious so that Plaintiff is entitled to recovery of exemplary damages.

20. Plaintiff is entitled to an award of attorney fees and costs under Title VII, **42 U.S.C.** § 2000e-5(k).

## COUNT II:

### DISABILITY DISCRIMINATION IN VIOLATION OF AMERICANS WITH DISABILITIES ACT

21. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-20 above.

22. Plaintiff is an employee within the meaning of the ADA and suffers from a disability and/or was perceived as disabled by Defendant.

23. Plaintiff is qualified to perform the essential functions of her position.

24. All conditions precedent to filing this action for age discrimination under federal law has been met. Plaintiff timely filed her charge of discrimination. The EEOC within the past 90 days preceding filing this lawsuit issued a Notice of Right to Sue.

25. Defendant has engaged in a single continuous course of conduct of discrimination against Plaintiff is disabled and/or because Defendant perceived Plaintiff to be disabled.

26. Such discrimination by Defendant against Plaintiff was intentional. Accordingly, Plaintiff is entitled to recover damages form Defendant for back pay, front pay, benefits, future pecuniary losses and compensatory damages. Further, this discrimination was willful. Plaintiff is therefore also entitled to recover liquidated damages. Plaintiff is also entitled to and seeks the recovery of all costs and her attorneys' fees under 42 U.S.C. §§ 12010 et. Seq.

## COUNT III - VIOLATION OF THE ADEA

27. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-26 above.

28. Plaintiff is an individual who is over 40 years old. At the time of the discrimination, Plaintiff was over 40 years old..

29. Plaintiff is qualified to perform the essential functions of her position. Defendant has intentionally discriminated against Plaintiff because of her age, by treating Plaintiff in a discriminatory manner compared to her younger peers and terminating Plaintiff in violation the ADEA and replacing Plaintiff with an individual outside Plaintiff's protected class.

30. All conditions precedent to filing this action for age discrimination under federal law

has been met. Plaintiff timely filed her charge of discrimination. The EEOC within the past 90 days preceding filing this lawsuit issued a Notice of Right to Sue.

31. Defendant has engaged in a single continuous course of conduct of discrimination against Plaintiff because of Plaintiff's age.

32. Such discrimination by Defendant against Plaintiff was intentional. Accordingly, Plaintiff is entitled to recover damages form Defendant for back pay, front pay, benefits, future pecuniary losses and compensatory damages. Further, this discrimination was willful. Plaintiff is therefore also entitled to recover liquidated damages. Plaintiff is also entitled to and seeks the recovery of all costs and her attorneys' fees.

## REQUEST FOR JURY

PLAINTIFF HEREBY REQUESTS A JURY IN THIS MATTER.

WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer herein and that on final trial, the Court enter judgment as follows:

(1) Judgment in favor of Plaintiff against Defendant for all actual damages proximately caused by Defendant's conduct including backpay and front pay;
(2) Judgment in favor of Plaintiff against Defendant for Plaintiff's court costs and reasonable attorneys' fees, expert witness fees, and deposition copy costs;
(3). Punitive damages and damages for emotional distress
(4). Pre-judgment and post-judgment interest at the maximum rate allowable by law; and
(5). Such other and further relief to which Plaintiff may be justly entitled.

Dated - August 17, 2022

Respectfully submitted,

THE HARTMANN FIRM

By: /s/ Clay A. Hartmann
Clay A. Hartmann
Texas State Bar No. 00790832
THE HARTMANN FIRM
400 N. St. Paul, Suite 1420
Dallas, Texas 75201
(214) 828-1822 - Telephone
clay.hartmann@thehartmannfirm.com

**ATTORNEY FOR PLAINTIFF**