UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LAURA BRUBAKER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action No. 4:22-cv-00713 |
| | § | |
| **THE FRICKS COMPANY, INC.** | § | |
| | § | |
| *Defendant.* | § | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Laura Brubaker, by and through her attorney of record, submits the following Notice of Settlement to the Court:

Plaintiff Laura Brubaker and Defendant The Fricks Company, Inc. have reached a settlement of this matter. The Parties are preparing settlement paperwork and will file dismissal documents within 30 days of this filing.

Dated: January 19, 2024

        Respectfully submitted,

        THE HARTMANN FIRM

        By: */s/ Clay A. Hartmann*
        Clay A. Hartmann
        Texas State Bar No. 00790832
        THE HARTMANN FIRM
        400 N. St. Paul, Suite 1420
        Dallas, Texas 75201
        (214) 828-1822 - Telephone
        clay.hartmann@thehartmannfirm.com
        **ATTORNEY FOR PLAINTIFF LAURA BRUBAKER**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice of Settlement* has been served on counsel via electronic service on this 19th day of January 2024.

*/s/ Clay A. Hartmann*
Clay A. Hartmann
