UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LAURA BRUBAKER,**

   Plaintiff,

v.                                           No. 4:22-cv-0713-P

**THE FRICKS COMPANY, INC.,**

   Defendant.

## FINAL JUDGMENT

This Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 36), this case is **DISMISSED with prejudice.** Each Party shall bear its own costs and attorney's fees.

The Clerk is **INSTRUCTED** to transmit a true copy of this Judgment to the Parties.

**SO ORDERED** on this **30th day of January 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE